# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

FILED ___ ENTERED
LOGGED ___ RECEIVED

APR 05 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
) Case No. **17-0825-ADC**
$189,150.00 IN UNITED STATES CURRENCY )
)

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ___Maryland___ is subject to forfeiture to the United States of America under _____ U.S.C. § _____ *(describe the property)*:

21 U.S.C. § 881(a) and (b), and 18 U.S.C. § 981(b)

$189,150.00 IN UNITED STATES CURRENCY SEIZED ON OCTOBER 25, 2016

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

HSI Special Agent James M. Stull
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **15 March 2017**

_____
*Judge's signature*

City and state: Baltimore, Maryland

Hon. A. David Copperthite
*Printed name and title*